# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 22, 2009

Marilyn Kelly,
Chief Justice

136622

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                        SC: 136622
                                        COA: 274508
                                        Wayne CC: 06-006502-01

REGINALD LENOIR LEWIS,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the April 15, 2008 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Melendez-Diaz v Massachusetts*, ___ US ___; 128 S Ct 1647; 170 L Ed 2d 352 (March 17, 2008), is pending before the United States Supreme Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 22, 2009

_____
Clerk

s0415